David H. Krieger, Esq.
Nevada Bar No. 9086
Shawn W. Miller, Esq.
Nevada Bar No. 7825
KRIEGER LAW GROUP, LLC
5504 S. Fort Apache Road, Ste 200
Las Vegas, Nevada 89148
Phone: (702) 848-3855
dkrieger@kriegerlawgroup.com
smiller@kriegerlawgroup.com
Attorney for Plaintiff
*Chad Wood*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHAD WOOD,<br><br>Plaintiff(s),<br><br>vs.<br><br>AARGON AGENCY, INC.,<br><br>Defendant(s). | Case No.: 2:22-cv-01074-RFB-BNW<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR AARGON AGENCY, INC TO ANSWER OR RESPOND TO THE COMPLAINT**<br><br>**(First Request)** |

The deadline for Defendant Aargon Agency, Inc. ("Aargon") to respond or answer the Complaint was July 29, 2022. Plaintiff's counsel has been in communication with Aargon and learned that the person responsible for hiring counsel and responding to the Complaint suffered a family tragedy (husband shot and killed) and that Aargon needs additional time to review and respond to the Complaint. Plaintiff has agreed to an extension of time to September 8, 2022 for Aargon to respond or answer the Complaint.

-1-

The purpose of the extension is to allow time for Aargon to locate relevant files, explore the possibility of early settlement and retain counsel. This is the first request for an extension and is made for good cause and not for the purposes of delay.

Dated: August 9, 2022.

                                                */s/ Shawn W. Miller*
                                                David H. Krieger, Esq.
                                                Shawn W. Miller, Esq.
                                                KRIEGER LAW GROUP, LLC
                                                5502 S. Fort Apache Road
                                                Suite 200
                                                Las Vegas, Nevada 89148
                                                ***Attorneys for Plaintiff***

                                                **ORDER**

**IT IS SO ORDERED**

**DATED:** 5:05 pm, August 10, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**